# FIELDS LAW FIRM

BRENNA KARRER
ATTORNEY
DIRECT 612-383-1876
1-888-847-8517 EXT. 876
BRENNA@FIELDSDISABILITY.COM
*Licensed in NE only

March 10, 2022

## NOTICE OF SETTLEMENT

Magistrate Judge Elizabeth Cowan Wright
United States District Court
316 N. Robert Street
St. Paul, MN  55101

RE: *Joann Bell v. Life Insurance Company of North America*
Court File No: 0:21-cv-2728-ECT-ECW

Dear Magistrate Judge Wright:

We represent Plaintiff Joann Bell in this matter. Please be advised that this matter has settled, and the parties are in the process of exchanging settlement documents and Stipulation for Dismissal with Prejudice will be filed shortly.

Respectfully submitted,

FIELDS LAW OFFICE

*Brenna Karrer*

Brenna Karrer
612-383-1876
Brenna@fieldslaw.com


cc: All Counsel (Via ECF)