UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Joann Bell, | ) | Court File No. 21-cv-2728 (ECT/ECW) |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Life Insurance Company of North America, | ) ) | |
| Defendant. | ) ) ) | |

_____

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff is hereby dismissed with prejudice and on the merits by agreement of the parties, without costs, disbursements or attorneys' fees to any party, and that an order of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: April 12, 2022                FIELDS LAW FIRM

                          By:    *s/Brenna Karrer*
                                 Zachary Schmoll MN Bar # 0396093
                                 Brenna Karrer, Admitted *Pro Hac Vice*
                                 9999 Wayzata Boulevard
                                 Minnetonka, MN 55305
                                 Telephone:  612-370-1511
                                 Zach@fieldslaw.com
                                 Brenna@fieldslaw.com

                                 ATTORNEYS FOR PLAINTIFF JOANN BELL

1047680\309801608.v1

| | |
|---|---|
| Dated:  April 12, 2022 | HINSHAW & CULBERTSON LLP |

                                     By:    *s/M. Annie Santos*
                                     M. Annie Santos, Reg. No. 0389206
                                     Rita Gokhberg, Reg. No. 0401700
                                     333 South Seventh Street, Suite 2000
                                     Minneapolis, MN  55402
                                     Telephone:  612-333-3434
                                     Fax:  612-334-8888
                                     asantos@hinshawlaw.com
                                     mgokhberg@hinshawlaw.com

                                     Daniel K. Ryan, Admitted *Pro Hac Vice*
                                     151 North Franklin Street, Suite 2500
                                     Chicago, IL  60606
                                     Telephone:  312-704-3000
                                     Fax:  312-704-3001
                                     dryan@hinshawlaw.com

                                     ATTORNEYS FOR DEFENDANT LIFE
                                     INSURANCE COMPANY OF NORTH
                                     AMERICA