UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Joann Bell,<br><br>    Plaintiff,<br><br>v.<br><br>Life Insurance Company of North America,<br><br>    Defendant. | Court File No. 21-cv-2728 (ECT/ECW)<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

_____

Pursuant to the Stipulation of the parties (Doc. No. 14), IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice and on its merits and without costs, disbursements or attorneys' fees to any party.

Dated: _____, 2022

                                                                                 BY THE COURT:

                                                                                 _____
                                                                                 The Honorable Eric C. Tostrud
                                                                                 Judge of United States District Court