UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Joann Bell, | File No. 21-cv-2728 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Life Insurance Company of North America, | |
| Defendant. | |

Plaintiff Joann Bell and Defendant Life Insurance Company of North America have filed a joint stipulation that seeks dismissal of this action with prejudice, and without costs, disbursements, or attorneys' fees to any party. ECF No. 14. The stipulation is signed by all parties in the action. Therefore, based on all the files, records, and proceedings herein, **IT IS ORDERED** that the action is **DISMISSED** with prejudice, and without costs, disbursements, or attorneys' fees to any party.

Date: April 13, 2022

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court